Carey L. Cooper, Bar No. 195090
**KLINEDINST PC**
501 West Broadway, Suite 600
San Diego, California 92101
Tel.: (619) 400-8000/FAX (619) 238-8707
ccooper@klinedinstlaw.com

Scott M. Douglass (*pro hac vice application forthcoming*)
**BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, P.C.**
2000 First Horizon Building
165 Madison Avenue
Memphis, Tennessee 38103
Tel: (901) 577-2258
sdouglass@bakerdonelson.com

*Counsel for Plaintiff AXLE LOGISTICS, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Axle Logistics, LLC, | ) | Case No. 3:23-cv-479 |
| Plaintiff | ) | COMPLAINT |
| v. | ) | |
| AxleHire, Inc., | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Axle Logistics, LLC ("Axle" or "Plaintiff"), for its Complaint against Defendant AxleHire, Inc. ("Defendant"), states as follows:

## INTRODUCTION

1.      This is an action for trademark infringement, unfair competition, and false designation of origin arising under the Trademark Act of 1946, as amended 15 U.S.C. § 1051, *et seq.* (the "Lanham Act"), and under the common law of the State of California.

2.      For the last decade, Axle has offered its third-party logistics and related services to its loyal and growing customer base. In the highly specialized, fast-paced, competitive logistics and transportation industry, Axle has distinguished itself for its exceptional, unique customer service and its rapid growth. Axle facilitates advanced logistics services, including all manner of truckload offerings, such as full truckload, LTL, and final mile, for a wide range of commercial products.

3. Importantly, Axle owns federal trademark registrations for its associated marks and has used its AXLE LOGISTICS Mark since at least as early as February 2012. In October 2019 and January 2020, Axle obtained registrations for ▲AXLE logistics® and AXLE LOGISTICS®, respectively, with the United States Patent and Trademark Office ("USPTO") (collectively, the "AXLE Marks") for distribution and logistics-related services. *See* USPTO Registration Numbers 5888173 and 5970169, attached as **Exhibit 1**.

4. For at least the last ten years, Axle has continuously and exclusively used the AXLE Marks, which consumers have come to associate with Axle's superior services. Axle enjoys significant goodwill associated with its AXLE Marks and has dedicated significant resources to marketing and protecting its Marks.

5. In or about November 2022, Axle became aware that Defendant is marketing, selling, and providing to consumers, using the "AXLE" name or a variation or derivation thereof, services that are nearly identical to the services offered under the AXLE Marks (the "Infringing Activities").

6. Defendant has repeatedly used the AXLE name in its name and trademark "AXLEHIRE" (the "AXLEHIRE Mark" or "Infringing Mark") to conduct its infringing services in the United States, in clear violation of Axle's senior rights, and despite being on notice of such rights.

7. Defendant's Infringing Mark and Infringing Activities are likely to cause, and in fact have caused, confusion among the consuming public as to the source or origin of Axle's services, thus causing irreparable and ongoing harm to Axle.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this Complaint under federal trademark-related laws 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction under 28 U.S.C. § 1367.

9. The Court has supplemental jurisdiction over the claims arising under the laws of the State of California under 28 U.S.C. § 1367(a), because the state law claims form part of the same case or controversy and derive from a common nucleus of operative fact as the federal claims.

/ / /

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

10.    This court has personal jurisdiction over Defendant because Defendant has deliberately and intentionally marketed and sold or caused to be marketed and sold the infringing services to consumers in the State of California and therefore committed acts of infringement in the State of California. Further, Defendant's principal place of business is in California in this District, and thus, Defendant resides in this District.

11.    Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant is subject to personal jurisdiction in this judicial district and because a substantial part of the underlying events giving rise to this action occurred in this judicial district.

12.    Defendant has deliberately and intentionally provided or caused to be provided the Infringing Services under the Infringing Mark in this judicial district.

## PARTIES

13.    Axle is a limited liability company organized and existing under the laws of the State of Tennessee, with its principal place of business at 835 N. Central Street, Knoxville, Tennessee 37917.

14.    On information and belief, Defendant AxleHire, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 2340 Powell St., #330, Emeryville, CA 94608.

## STATEMENT OF FACTS

**Axle's Superior Reputation and Well-Known Marks**

15.    For over a decade, Axle has used the AXLE Marks to become a leader and innovator in the third-party transportation and logistics services industry. Using the AXLE Marks, Axle provides its top-rated services to a wide range of shipping, transportation, and distribution customers.

16.    Axle's loyal (and quickly growing) customer base associates the AXLE Marks with Axle's specialized customer service and the top-notch advanced logistics services that Axle offers. This is no surprise given AXLE's strong reputation in the business community and the robust marketing efforts that AXLE has engaged in to develop its brand. Indeed, Axle has invested

/ / /

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

significant time, resources, and money into developing its brand into the well-known, highly rated logistics provider that it is today.

17.    For instance, Axle has been recognized as a leader in the transportation and logistics industry in a wide range of publications and industry rankings. In 2021 and 2022, *Selling Power Magazine* named Axle as a "Top 50 Company to Sell For." *See* Selling Power's 50 Best Companies to Sell For – 2022, copy attached as **Exhibit 2.** Additionally, for the last seven years, Axle has been named to *Inc.*'s annual "Inc. 5000" list, which identifies the fastest-growing private companies in America. *See* Inc. List, attached as **Exhibit 3.** In both 2021 and 2022, Axle was ranked on *Transport Topic*'s Top 100 List in logistics. *See* Transport Topic Lists, attached as **Exhibit 4.** Further, Axle employees have consistently rated Axle as a "Top Workplace," making Axle a winner of multiple employment-related awards, including *The Greater Knoxville Area Top Workplaces 2022* Award. *See* Knoxville News Sentinel Article, attached as **Exhibit 5.**

18.    Axle's superior customer service, positive culture, and excellent logistics services have made Axle a well-respected, widely known industry leader. Consequently, consumers associate the distinctive AXLE Marks with the highest quality service, and the Marks are a valuable representation of Axle's significant goodwill.

**Axle's Registration of the AXLE Marks**

19.    After using the AXLE Marks for several years, Axle filed an application to register with the USPTO its AXLE LOGISTICS Design Mark, , identifying its first use in commerce as February 28, 2012 (the "AXLE Design Mark"). On October 22, 2019, the USPTO approved registration of the AXLE Design Mark on the Principal Register, assigning Registration No. 5,888,173 for the following services in International Class 35: "supply chain management services business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; freight logistics management; transportation logistics services, namely, arranging the transportation of goods for others; transportation logistics services, namely, planning and scheduling shipments for users of transportation services." *See* Registration Certificate, attached as **Exhibit** 1.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

20.     Similarly on June 3, 2018, Axle filed U.S. Application Serial No. 87/946,318 to register the AXLE LOGISTICS Word Mark with the USPTO, identifying its first use in commerce as February 28, 2012 (the "AXLE Word Mark").

21.     On January 28, 2020, the AXLE Word Mark was registered by the USPTO on the Principal Register and accorded Registration No. 5,970,169 covering the use of the AXLE Word Mark for the following services in International Class 35: "supply chain management services; business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; freight logistics management; transportation logistics services, namely, arranging the transportation of goods for others; transportation logistics services, namely, planning and scheduling shipments for users of transportation services." *See* Registration Certificate, attached as **Exhibit** 1.

22.     The Axle Marks are inherently distinctive with the most prominent feature being the word AXLE — i.e., AXLE LOGISTICS and . The Marks' distinctiveness is further evidenced by their registration on the Principal Register, which is reserved for the most distinctive marks and those marks with significant secondary meaning. The Registrations afford Axle robust protection under federal law, serve as *prima facie* evidence of the Marks' validity, signify Axle's exclusive right to use the mark in connection with the services listed in the Registrations, and constitute constructive notice to infringers that Axle enjoys exclusive rights and ownership in the AXLE Word Mark and AXLE Design Mark.

**<u>Defendant's Infringing Mark and Services</u>**

23.     Axle is a rapidly growing business with substantial hiring needs. To maintain its competitive edge and top-notch customer service, Axle frequently advertises open positions and promotes its brand to hire exemplary candidates. Axle has an entire website page devoted solely to marketing Axle careers, and Axle maintains a robust social media presence to market to potential candidates.

24.     Recently, an Axle employee marketed the Axle brand on social media by posting about an Axle executive's appearance at a public event. In response to the post, a third-party

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

responded to compliment Axle; however, due to the confusingly similar name between Axle and Defendant, the third party (and member of the consuming public) mistakenly "tagged" the Defendant, rather than Axle. *See* Actual Confusion Social Media Post, attached as **Exhibit 6.**

25.    Upon investigation, Axle discovered that Defendant uses the name AXLEHIRE to offer the same services as those offered by Axle. Defendant's website promotes its routing, fleet management, inventory management, and tracking services—all of the same logistics and shipping services that Axle offers. *See* Excerpts from Defendant's website, **Exhibit 7.** Defendant further advertises "same-day delivery," "next day delivery," and "freight delivery services," and boasts that Defendant "provide[s] delivery solutions for every industry." **Exhibit 8.** Moreover, just like Axle, Defendant is actively recruiting employees for its company as well and has a dedicated "Careers" page on its website, too.

26.    Defendant's Infringing Mark and the AXLE Marks both feature the word "AXLE" as their most prominent feature, and as evidenced by the documented instance of actual confusion, Defendant's use of the AXLE name is confusingly similar to Axle's protected AXLE Marks.

27.    Based on Defendant's Infringing Activity, Axle sent a letter to Defendant in good faith to demand that Defendant cease and desist using the confusingly similar Infringing Mark. **Exhibit 9.** Defendant responded with a letter refusing Axle's demands; despite arguing that its services differ from Axle's services, Defendant included a screenshot showing that it offers "Freight Shipping" services and "Custom solutions for your business beyond the last mile". ***See* Exhibit 10.** In other words, Defendant admits it offers the same shipping and logistics services offered by Axle.

28.    Despite Defendant's clear notice of Axle's exclusive rights in the AXLE Marks in connection with logistics and transportation services, Defendant has refused to cease its unlawful activities and has continued to market its services using the Infringing Mark.

29.    Defendant never sought or obtained permission to use or license the AXLE Marks, or any other confusingly similar marks, even though Defendant is aware of Axle's objections to Defendant's use of the confusingly similar and Infringing Mark.

30.    By using the AXLE name in connection with the competing Infringing Activities, Defendant seeks to confuse and deceive the consuming public as to the source of its services. This

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

is especially concerning given that a simple Google search of "Axlehire" returns several websites, such as Google Reviews and Indeed.com, showing that employees and customers have assigned low ratings to Defendant, especially in comparison to Axle's consistently positive reviews. *See* Defendant's Reviews, **Exhibit 11.**

31.     Upon information and belief, Defendant seeks to use Axle's significant goodwill to intentionally, knowingly, willfully, and maliciously confuse the consuming public and specifically consumers in the transportation and logistics industry. That Defendant's Infringing Mark is confusingly similar is clearly evidenced not only by its prominent use of "AXLE," but also by the fact that actual confusion has already occurred and will continue to occur. Defendant's continued use of the Infringing Mark is likely to continue causing consumers to mistakenly assume Axle's services are connected to Defendant's.

32.     Defendant's continued, infringing use of the Infringing Mark has injured Axle and will continue to do so by usurping Axle's federally protected and exclusive rights in its AXLE Marks and by damaging the valuable goodwill that Axle has worked so hard to garner and maintain. Axle has been further injured by being forced to retain counsel to enforce its rights in the AXLE Marks, and as such, Axle is entitled to its reasonable attorneys' fees and costs in connection with this matter.

### COUNT I

### Federal Trademark Infringement – AXLE Marks (Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1))

33.     Axle repeats and realleges the allegations in Paragraphs 1-32 above as if fully set forth herein.

34.     Axle has valid ownership and exclusive rights to the federally registered and protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with logistics, distribution, and transportation services, as identified in the AXLE Registrations.

35.     Defendant has infringed and continues to infringe Axle's federally registered AXLE Marks in interstate commerce by various acts, including, without limitation, offering logistics, distribution, shipping, and transportation services under the AXLE Marks, and variants thereof, which are confusingly similar to Axle's federally registered AXLE Marks.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

36.    Defendant's use of the confusingly similar name "Axlehire" for nearly identical services has caused and is likely to continue to cause consumer confusion. Defendant has used and continues to use the AXLE name for its logistics, distribution, shipping, and transportation services without Axle's permission or authority, and in spite of Axle's request for Defendant to cease and desist its Infringing Activities.

37.    Defendant's use of the Infringing Mark has caused and is likely to cause confusion, to cause mistake, and/or to deceive the consuming public, including the third-party logistics market.

38.    Defendant's conduct constitutes infringement of the federally registered AXLE Marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

39.    Axle has been damaged by the foregoing actions in an amount to be determined at trial. Defendant's infringement and continued use of the AXLE Marks after constructive and actual notice is willful, intentional, malicious, and in bad faith, such that this is an exceptional case. Axle is entitled to recover Defendant's profits and/or damages sustained by Axle, the costs of the action, and its attorneys' fees and treble damages under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

40.    Defendant's infringement has caused and will continue to cause irreparable injury and other damage to Axle's business, reputation, and goodwill in the federally registered AXLE Marks, unless this Court enjoins Defendant's infringing activities. Axle seeks an injunction to enjoin Defendant's infringing activities, activity for which Axle has no other adequate remedy at law.

## COUNT II

### False Designation of Origin

### (Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a))

41.    Axle repeats and realleges the allegations in Paragraphs 1-40 above as if fully set forth herein.

42.    Since at least 2012, Axle has continuously used the AXLE Marks in interstate commerce to market, sell, and distribute its goods and services. Axle has valid ownership and exclusive rights to the federally registered and protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with logistics, distribution, and transportation services, as identified in the AXLE Registrations.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

43.     Defendant has infringed and continues to infringe Axle's federally registered AXLE Marks in interstate commerce by various acts, including, without limitation, offering logistics, distribution, shipping, and transportation services under the AXLE Marks, and variants thereof, which are confusingly similar to Axle's federally registered AXLE Marks.

44.     Defendant's use of the confusingly similar name "Axlehire" for nearly identical services has caused and is likely to continue to cause consumer confusion. Defendant has used and continues to use the AXLE name for its logistics, distribution, shipping, and transportation services without Axle's permission or authority, and in spite of Axle's request for Defendant to cease and desist its Infringing Activities.

45.     Defendant's infringing conduct constitutes a false designation of origin and/or a false or misleading description or representation of fact on or in connection with its services, which is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of the parties, and/or as to the origin, sponsorship, or approval of their respective goods and services, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Defendant's conduct as described herein also constitutes an attempt to usurp Axle's substantial goodwill that Axle has developed in the AXLE Marks, all to the damage of Axle.

46.     Despite having actual and constructive notice of Axle's senior rights in and to the AXLE Marks, Defendant has used and continues to use in commerce designations that are confusingly similar to the AXLE Marks, which constitutes intentional and willful conduct to make false designations of origin and false descriptions about Defendant's goods, services, and commercial activities.

47.     Axle has been damaged by the foregoing actions in an amount to be determined at trial. Defendant's infringement and continued use of the AXLE Marks after constructive and actual notice is willful, intentional, malicious, and in bad faith, such that this is an exceptional case. Axle is entitled to recover Defendant's profits and/or damages sustained by Axle, the costs of the action, and its attorneys' fees and treble damages under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

48.     Defendant's infringing conduct and false designations have caused and will continue to cause irreparable harm, injury, and other damages to Axle, unless enjoined by this Court.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

## COUNT III

### Common Law Trademark Infringement Under California Law

49.     Axle repeats and realleges the allegations in Paragraphs 1-48 above as if fully set forth herein.

50.     Since at least 2012, Axle has continuously used the AXLE Marks in interstate commerce to market, sell, and distribute its goods and services. Axle has valid ownership and exclusive rights to the federally registered and protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with logistics, distribution, and transportation services, as identified in the AXLE Registrations.

51.     Despite being aware of Axle's senior rights and priority in the AXLE Marks, Defendant has used and continues to use the confusingly similar AXLEHIRE Mark in connection with nearly identical goods and services as those offered by Axle under its AXLE Marks.

52.     Defendant's infringing use of the confusingly similar mark has caused actual confusion for the consuming public as described herein and is likely to continue to cause actual consumer confusion.

53.     Defendant's infringement of the AXLE Marks is in willful and wanton disregard of Axle's superior rights and has caused and will continue to cause irreparable harm, injury, and other damages to Axle, unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Axle Logistics, LLC prays for relief against Defendant Axlehire, Inc. as follows:

1.     That Defendant, and any person or entity acting on Defendant's behalf including any agents, servants, employees, attorneys, successors, and assigns, be preliminarily and permanently enjoined and restrained from directly or indirectly:

a.     using the AXLEHIRE Mark, and any associated designs for its logistics, distribution, and transportation related services, or any other designation or trademark likely to cause confusion with Axle's AXLE Marks;

b.     otherwise infringing on Axle's rights in and to the AXLE Marks and from

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1    otherwise unfairly competing with Axle in any manner whatsoever; and

2              c.    offering, marketing, and/or selling logistics, distribution, and transportation-
3    related services using the AXLE name or any other designation likely to cause confusion with the
4    AXLE Marks.

5              d.    Using the AXLE Marks, or any reproduction, counterfeit, copy, confusingly
6    similar variant, or colorable imitation, in any manner likely to cause any person to believe that
7    Defendant's goods and services are connected with Axle or the AXLE Marks;

8         2.    That Defendant, its officers, agents, servants, employees and attorneys, and those
9    persons in active concert or participation with Defendant, be ordered to deliver up for destruction
10   any goods, labels, signs, prints, packages, wrappers, receptacles, advertisements, and any other
11   materials bearing the AXLE Marks or any confusingly similar variation likely to cause confusion
12   with the AXLE Marks.

13        3.    That Defendant be directed to file with the Court and serve on Axle, no later than
14   thirty (30) days after the issuance of an injunction, a report in writing under oath setting forth in
15   detail the manner and form in which Defendant has complied with the injunction.

16        4.    That the Court adjudge and decree that Defendant's infringing use of the AXLE
17   Marks, or any confusingly similar variation, is in violation of 15 U.S.C. § 1114.

18        5.    That the Court adjudge and decree that Defendant's infringing use of the AXLE
19   Marks, or any confusingly similar variation, is in violation of 15 U.S.C. § 1125.

20        6.    That the Court adjudge and decree that Defendant's infringing use of the AXLE
21   Marks, or any confusingly similar variation, is in violation of California law.

22        7.    That the Court adjudge and decree that a likelihood of confusion exists between the
23   AXLE Marks and Defendant's infringing AXLEHIRE Mark.

24        8.    That the Court adjudge and decree that Defendant's infringing use of the AXLE
25   Marks, or any confusingly similar variation, is willful.

26        9.    That the Court adjudge and decree that this case is exceptional.

27   / / /

28   / / /

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

10.    That the Court require a full and complete accounting of all monies received by Defendant as a result of the wrongful conduct, together with an order transferring to Axle any amounts found to be due to Axle.

11.    That Axle be awarded Defendant's profits and/or Axle's damages from lost sales after an accounting, and that such award be increased as permitted, including being trebled as provided under 15 U.S.C. § 1117.

12.    That Axle be awarded its costs and attorneys' fees from Defendant, including as provided by 15 U.S.C. § 1117.

13.    That the Court award pre- and post- judgment interest on all monies found to be due to Axle from Defendant, at the then prevailing or legal rate, whichever is greater, from the date said amounts or any part thereof became or become due.

14.    That the Court require Defendant to notify its customers, clients, and associates of said Court Order.

15.    That Axle be awarded such other and further relief as this Court may deem just and proper.

### **JURY DEMAND**

Axle hereby demands a trial by jury for all issues so triable.


DATED:  February 1, 2023

<u>s/ Carey L. Cooper</u>
Carey L. Cooper
Counsel for Plaintiff AXLE LOGISTICS, LLC

# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,888,173**

**Registered Oct. 22, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

The mark consists of the words "AXLE LOGISTICS" in a stylized font with the word "AXLE" above the word "LOGISTICS". To the left of the literal element lies a triangle within a triangle, the larger triangle being comprised of an angle and a trapezoid so that there are visible gaps in its formation.

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,319, FILED 06-03-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AXLE LOGISTICS

**Reg. No. 5,970,169**

**Registered Jan. 28, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,318, FILED 06-03-2018



Director of the United States
Patent and Trademark Office



# EXHIBIT 2

Case 3:23-cv-00459-AMO   Document 1   Filed 02/01/23   Page 17 of 100



Success Strategies for Sales Management



NEWSLETTER SIGN UP | MEDIA KIT

# 50 Best Companies to Sell for in 2022

  



For the 22nd year, Selling Power has ranked the 50 best companies to sell for in the United States. The list encompasses companies of all sizes – with sales forces ranging from fewer than 100 salespeople to companies with sales force numbers in the tens of thousands.

**See the full list: 50 Best Companies to Sell For 2022**

To compile the list, the Selling Power research team issued a newly updated comprehensive application in March 2022 with detailed sections covering compensation, benefits, sales-rep onboarding, sales training, and sales enablement. This year, companies that applied also supplied pertinent information about their sales culture – along with their diversity and inclusion efforts – which we used to further fine tune the rankings. The diversity and inclusion information covered both the sales force and sales management levels.

The scoring process continues to be honed each year to ensure Selling Power provides the most objective data-sensitive rankings while still maintaining strict confidentiality of the raw data provided to us. As we continually work to adjust our selection and ranking process to accommodate for ever-changing market conditions, technology, trends in selling, and other external factors, each year's ranking uniquely stands on its own and is not directly comparable to prior years. That is particularly the case this year, with the first-time categories factored in.

1/18/23, 4:16 PM
Best Companies to Sell For and Best Sales Jobs 2022 | Selling Power — Selling Power
Case 3:23-cv-00459-AMO   Document 1   Filed 02/01/23   Page 18 of 100



MENU

compensation data with salary, but, in a segment we tie to sales training. We begin with a base training level and score each company at varying degrees above, below, or at the established base level. Another example is the hosting of sales contests, for which companies were scored not only on whether they host sales contests, but also the frequency of the contests.

This year we congratulate Datasite for earning the top spot for the first time, but it should be noted that salespeople can achieve success with any of these outstanding companies. We want to stress that all the companies included on the 2022 50 Best Companies to Sell For listing have strong sales organizations that would maximize the success and performance of any salesperson.

All companies' sizes and industries are unique, so this list should be used as a guide to explore each company's strengths and differences and match them to individual seller strengths and goals.
**Request an application**: 50 Best Companies to Sell For (2023)

## Top 5 Best Companies to Sell For in 2022

### #1 Datasite

**Driven at Datasite**: Salespeople at Datasite thrive because they are empowered to create and own their professional journey. They are motivated to close more deals because the company invests in them through training (via programs such as the Fast Start Guide and the Datasite University), a focus on individual wellness, and their most exclusive accolade, the Annual Accelerator Club, which offers access to top-level networking, philanthropy, and celebrations with executive leadership and colleagues across all functions.

### #2 Amarok

**Ambition at AMAROK**: At AMAROK, people are the foundation of success. With a belief that a company's products are only as good as the people standing behind them, AMAROK is committed to providing an environment that enables and drives salespeople to be their best. The company's leaders support sales; leading from the front ensures success for everyone involved.



NEWSLETTER SIGN UP | MEDIA KIT

          ☰ MENU

a set of common goals and motivations. They help entrepreneurs and small businesses succeed by serving as trusted advisors to existing and prospective customers alike. Now, more than ever, the Justworks team has been able to find true meaning by helping some of their customers survive and thrive amid tough economic realities.

#### #4 Prudential Overall Supply

**People Powering Prudential**: Family owned and operated since 1932, Prudential leadership recognizes that its salespeople should be as diverse as its customers, and prioritizes a strong commitment to hiring, developing, and celebrating diversity. This bonds sales pros with customers and suppliers, who trust that their unique needs and backgrounds are respected and considered by the organization.

#### #5 Cintas

**Partner Success at Cintas**: Cintas continuously strives to have the most highly trained, professional, and diverse sales organization in North America while providing an environment where open, honest communication and feedback are welcomed. We refer to our employees as "partners," and pride ourselves on having a world-class new hire onboarding program that is designed to help ensure their success.

## Selling Power's 50 Best Companies to Sell For — 2022

| Rank | Name | Compensation & Benefits | Hiring, Sales Training & Sales Enablement | Diversity, Inclusion & Other Factors | Total Points |
|------|------|-------------------------|-------------------------------------------|--------------------------------------|--------------|
| 1 | **Datasite** | 165 | 56 | 26 | 247 |

1/18/23, 4:16 PM
Case 3:23-cv-00459-AMO Document 1 Filed 02/01/23 Page 20 of 100
50 Best Companies to Sell For from Best Sales Leads and Log Power | Selling Power



NEWSLETTER SIGN UP | MEDIA KIT

☰ MENU

| 5 | **Cintas** | 174 | 45 | 24 | 243 |
| 6 | **Aramark** | 165 | 53 | 24 | 242 |
| 7 | **Hilti North America** | 166 | 50 | 24 | 240 |
| 8 | **WM** | 165 | 50 | 23 | 238 |
| 9 | **Thryv** | 161 | 52 | 23 | 236 |
| 10 | **Shaw Industries** | 161 | 48 | 24 | 233 |
| 11 | **Graybar Electric** | 159 | 50 | 23 | 232 |
| 12 | **Heartland** | 160 | 47 | 24 | 231 |
| 13 | **Undertone** | 163 | 45 | 22 | 230 |
| 14 | **KBS** | 165 | 39 | 24 | 228 |
| 15 | **Hormel Foods** | 160 | 44 | 22 | 226 |
| 16 | **The Sales Board dba Action S...** | 151 | 50 | 24 | 225 |
| 17 | **Ecolab** | 150 | 48 | 24 | 222 |
| 18 | **Win Waste Innovations** | 152 | 46 | 23 | 221 |
| 19 | **Allego** | 148 | 48 | 23 | 219 |
| 20 | **Kimball Midwest** | 146 | 49 | 23 | 218 |
| 21 | **Emser Tile** | 145 | 49 | 23 | 217 |
| 22 | **First American Equipment Fin...** | 144 | 49 | 23 | 216 |
| 23 | **Unifirst** | 144 | 48 | 23 | 215 |
| 24 | **ABM Industries** | 144 | 47 | 22 | 213 |
| 25 | **England Logistics** | 142 | 47 | 23 | 212 |
| 26 | **NorthStar Memorial Group** | 140 | 49 | 22 | 211 |



| 30 | Flex Technology Group | 141 | 44 | 22 | 207 |
| 31 | Carchex | 136 | 48 | 22 | 206 |
| 32 | ClearOne Advantage | 128 | 48 | 23 | 199 |
| 33 | Hibu | 127 | 46 | 23 | 196 |
| 34 | 6Sense | 126 | 45 | 24 | 195 |
| 35 | Bettercloud | 124 | 46 | 23 | 193 |
| 36 | Axle Logistics | 124 | 45 | 21 | 190 |
| 37 | Nuance Communications | 122 | 42 | 24 | 188 |
| 38 | Spot Freight | 118 | 46 | 22 | 186 |
| 39 | Endurance | 117 | 44 | 22 | 183 |
| 40 | Paychex | 116 | 43 | 23 | 182 |
| 41 | Stericycle | 115 | 43 | 22 | 180 |
| 42 | Corporate Traffic Logistics | 111 | 43 | 22 | 176 |
| 43 | Zoom Info | 111 | 40 | 24 | 175 |
| 44 | ADI Global Distribution | 109 | 40 | 23 | 172 |
| 45 | Advanced Technology Services | 108 | 39 | 23 | 170 |
| 46 | BBI Logistics | 108 | 39 | 22 | 169 |
| 47 | FedEx | 110 | 33 | 25 | 168 |
| 48 | Transloop Logistics | 108 | 34 | 22 | 164 |
| 49 | Xerox | 103 | 35 | 24 | 162 |
| 50 | International Business Machi... | 102 | 34 | 25 | 161 |



NEWSLETTER SIGN UP | MEDIA KIT

## Past Listings

- **See the 2021 list of 50 Best Companies to Sell For**

- **See the 2020 list of 50 Best Companies to Sell For**

- **See the 2019 list of 50 Best Companies to Sell For**

**FREE ENEWSLETTERS**

## Subscribe to get our weekly Sales Management Digest.

**Sign up now.**

**EXECUTIVE VIDEO**

## Proven Ways to Avoid Hiring Toxic Salespeople

Best Companies to Sell from and Best Sales Jobs 2022 | Selling Power | Selling Power



NEWSLETTER SIGN UP | MEDIA KIT

≡ MENU

## 11 Tips For Creating Sales Growth in Times of Economic Uncertainty

## The New Discovery

## Today's Buyers Want Insights, Guidance, and Efficiencies

POPULAR ARTICLES

No Pain, No Gain

Five Easy Fixes for Your Virtual Meeting Presence

Agility and Hyper-Relevance: The Sales Challenges for 2023

The Five Steps to Aligning Sales Enablement and Leadership

Case 3:23-cv-00479-AMO   Document 1   Filed 02/01/23   Page 24 of 100



NEWSLETTER SIGN UP | MEDIA KIT

   

Personal Selling Power, Inc.
P.O. Box 5467
150 Riverside Pkwy. Suite 201
Fredericksburg, VA 22406

**TELEPHONE**
800-752-7355

**FAX**
540-752-7001

**ABOUT**

About

Media Kit

Editorial Submissions

Reprints

Contact Us

Home

**RESOURCES**

Webinars

Events

Store

White Papers & Reports

Newsletters

Videos

Case 3:23-cv-00459-AMO   Document 1   Filed 02/01/23   Page 25 of 100



Success Strategies for Sales Management

NEWSLETTER SIGN UP | MEDIA KIT

# EXHIBIT 3



NEWSLETTERS    SUBSCRIBE

# Company Profile

 

Company    🔍

Explore the List    ⌄

## No.1,207
# Axle Logistics

Third-party logistics company providing North American customers a safe, reliable carrier network with the expertise of a multi-national company.



**COMPANY INFORMATION**

| | |
|---|---|
| **Industry** | Logistics & Transportation |
| **Location** | KNOXVILLE, Tennessee |
| **Leadership** | JONATHAN CLAY |
| **Year Founded** | 2012 |

| | |
|---|---|
| **Company Size** | 51-200 employees |
| **Website** | http://axlelogistics.com |
| **LinkedIn** | https://www.linkedin.com/company/axlelogistics |
| **Twitter** | https://www.twitter.com/axlelogistics |

**INC. HONORS**

| | |
|---|---|
| **Inc. 5000** | **No. 1207** (2022) *537% 3-Year Growth* |
| | **No. 1486** (2021), **No. 2122** (2020), **No. 1117** (2019), **No. 1229** (2018), **No. 929** (2017), **No. 693** (2016) |
| **Regionals Southeast** | **No. 112** (2022) |

**No.1,208**
**FreightWise**

**Transportation software that offers optimization of carrier rates, shipping routes, back-office functions, volume considerations, and more.**

 



From left: Alex Rustioni, EVP of sales at Freightwise, Richard Hoehn, CIO, and Chris Cochran, CEO and co-founder.

---

COMPANY INFORMATION

---

**Industry**            Logistics & Transportation

---

**Location**            Brentwood, Tennessee

---

**Leadership**          Chris Cochran

---

| | |
|---|---|
| **Year Founded** | 2014 |
| **Company Size** | 51-200 employees |
| **Website** | http://freightwisellc.com |
| **LinkedIn** | https://www.linkedin.com/company/freightwise-llc |
| **Twitter** | https://twitter.com/FreightWise |
| **Area of Impact** | Food Insecurity |

**INC. HONORS**

**Inc. 5000**          No. 1208 (2022) *537% 3-Year Growth*

No. 663 (2021), No. 142 (2020), No. 2 (2019)

**RELATED STORIES**

**INC. 5000** KEVIN J. RYAN

⊜ **This Company Succeeds by Putting a Dollar Value on Every Employee**

## No.1,209
# Incredible One Enterprises

Business growth consulting firm specializing in teaching entrepreneurs business strategies, spiritual alignment and mindset coaching, wealth stabilization and legacy development.

in  ⓕ  🐦

**COMPANY INFORMATION**

| | |
|---|---|
| **Industry** | Business Products & Services |
| **Location** | Newark, Delaware |
| **Leadership** | Dr. Darnyelle Jervey Harmon |
| **Year Founded** | 2007 |

| | |
|---|---|
| **Website** | http://incredibleoneenterprises.com |
| **LinkedIn** | https://www.linkedin.com/company/DarnyelleJerveyHarmon |
| **Twitter** | https://www.twitter.com/DarnyelleJervey |

**INC. HONORS**

**Inc. 5000**    **No. 1209** (2022) *536% 3-Year Growth*

## No. 1,210
## Stream.io

Software company providing client teams with enterprise-grade cloud components to add in-app chat and activity feeds to their products.

 

**COMPANY INFORMATION**

| | |
|---|---|
| **Industry** | Software |

| | |
|---|---|
| **Location** | Boulder, Colorado |
| **Leadership** | Thierry Schellenbach |
| **Year Founded** | 2015 |
| **Website** | http://getstream.io |
| **LinkedIn** | https://www.linkedin.com//company/getstream |

**INC. HONORS**

| | |
|---|---|
| **Inc. 5000** | **No. 1210** (2022) *536% 3-Year Growth* |
| | **No. 838** (2021) |

# No.1,211
# Hungryroot

Food supplier using artificial intelligence to deliver clients healthy groceries weekly along with recommended recipes curated for the

**individual.**

  

---

**COMPANY INFORMATION**

---

**Industry**               Food & Beverage

---

**Location**               New York, New York

---

**Leadership**             Ben McKean

---

**Year Founded**           2015

---

**Company Size**           51-200 employees

---

**Website**                http://hungryroot.com

---

**LinkedIn**               https://www.linkedin.com/company/hungryroot

---

**Twitter**                https://www.twitter.com/hungryroot

---

---

**INC. HONORS**

---

**Inc. 5000**              **No. 1211** (2022) *536% 3-Year Growth*

**No. 214** (2021), **No. 760** (2020)

---

PRIVACY POLICY
NOTICE OF COLLECTION
DO NOT SELL MY DATA
AD VENDOR POLICY
TERMS OF USE
ADVERTISE
HELP CENTER
SITEMAP

COPYRIGHT 2023 MANSUETO VENTURES ▷

# EXHIBIT 4



**Net Revenue**
$67,000,000

**Services**

A non-asset-based, third-party logistics company providing truckload, less-than-truckload, intermodal and warehousing services.

◄ **WATCO**  **TA** SERVICES ►

| | |
|---|---|
| 14 | Worldwide Express/GlobalTranz |
| 15 | Burris Logistics |
| 16 | Hub Group |
| 17 | Lineage Logistics |
| 18 | Landstar System |
| 19 | Schneider |
| 20 | Echo Global Logistics |
| 21 | Penske Logistics |
| 22 | MODE Global |
| 23 | NFI |
| 24 | DB Schenker (North America) |
| 25 | Ceva Logistics (North America) |
| 26 | Geodis (North America) |

## Trends

### Employee Trend

*Last 5 Years*



### Revenue Trend

*Last 5 Years*

*Ranking reflects previous year's data.*

## Details

### Sectors

Dedicated
Freight Brokerage ●
Warehousing
Ocean Freight
Airfreight

### Key Customers

NA

### Industries Served

**Top Industries Served:**

Automotive, consumer packaged goods, industrial and manufacturing

**Other Industries Served:**

Building products, chemicals, food and beverage, rubber and plastic products

### From This Company




axlelogistics.com

## Top 50 News



**Gloom in Transports Sends Smoke Signal for US Stocks**



**DeJoy Says He's Been Cleared in Federal Probe**



**Secretary Walsh Optimistic About Port Workers'**

# Transport Topics



## TOP 100 LOGISTICS

Sponsored by


**2022 Essential Financial and Operating Information for the 100 Largest Logistics Companies in North America**

### Up Front



**Trying Times Provide 3PLs a Chance to Prove Their Worth**

Battling supply chain, freight capacity issues, logistics providers demonstrate the value they bring to their business partners

**Expanded Top 100 3PLs List Reflects New Landscape**

As the 3PL industry continues to grow, so does our ranking of North America's largest logistics companies, now at 100



**Interactive Map: Where The Top 100 Are**

Find out where the Top 100 Logistics companies are located by region; click links to view details about the company

### Rankings

Logistics 100 | Freight Brokerage | Dry Storage Warehouse | Refrigerated Warehouse | Dedicated | Ocean Freight | Airfreight

| Rank 2022 | Company | Gross Revenue (Millions) | Net Revenue (Millions) | Employees |
|---|---|---|---|---|
| 85 | Matco Logistics | $354 | $64** | 134 |
| 86 | Axle Logistics | $336 | $107** | 360 |
| 87 | TA Services | $316 | $27** | 700 |
| 88 | Circle Logistics | $313 | $85** | 142 |
| 89 | Lazer Spot | $300 | $170** | 5,300 |
| 90 | England Logistics | $300 | $205** | 518 |

About the Rankings >

In cooperation with
ARMSTRONG & ASSOCIATES, INC.

### Extras



**High Demand Drives 3PLs to Best Growth Year on Record**

Air, ground and ocean transportation rates soared to historic levels in 2021 as shippers leaned on 3PLs for goods

**The Rise of Entrepreneurial Carriers: Shippers' Impact**

Shippers must be ready to adapt to a surge in small carriers by providing systems that allow them to succeed

**Outgrowing Your TMS Is OK; Don't Let It Happen Twice**

As your company grows, you need your software or platform to be able to grow and adapt with you



**TT 100 Logistics Companies Press Release and Logos**

If your company appears on the list, you have a few ways to announce it. Visit our logo library to get web- and print-ready graphics.

**Market Growth, Mergers Adjust Sector Rankings**

From freight brokers to airfreight forwarders, all sectors of the logistics industry reacted to new demands

**About Us: Transport Topics' Top 100 Logistics List**

Learn more about how companies are selected for Transport Topics' Top 100 Largest Companies List

### Logistics News

Logistics, Top 100



**Submit Your Company for Consideration on Our Top 100 Logistics Companies List**

Does your business have what it takes to qualify for inclusion in our 2023 Transport Topics Top 100 Logistics Companies list?

Transport Topics | January 11, 2023

Business, Logistics

**RoadOne Acquires Intermodal Service Provider**

RoadOne IntermodaLogistics announced the acquisition of The Transporter Inc., a regional intermodal service provider with office locations in Houston, Dallas and Laredo, Texas.

January 11, 2023

Business, Technology, Equipment, Logistics

**Heavy-Duty Electric Truck 'Subscriptions' Could Clean Up Pollution**

Change to the hidden health and climate cost of consumer goods carried by tens of thousands of drayage trucks is coming in the form of more widely-accessible electric alternatives.

Todd Woody | Bloomberg News | January 11, 2023

Business, Logistics

**Amazon Leads Rebound in Battered Tech as Traders Reload on Risk**

Amazon .com Inc. was among the biggest contributors to the Nasdaq 100 Index's 4.1% gain for the week ending Jan. 13 as the market regains its appetite for risk.

Jeran Wittenstein and Ryan Vlastelica | Bloomberg News | January 13, 2023

Business, Equipment, Safety, Logistics

**Truckers Trying to Navigate the Notch Could Lead to a Fine Mess**

Vermont transportation officials have a message for truckers seeking to follow their GPS up state Route 108 through Smugglers' Notch and over Mount Mansfield: You'll get stuck and fined up to $2,000.

Keith Fritsinier | Staff Reporter | January 11, 2023

Government, Business, Technology, Equipment, Safety, Fuel, Logistics, Autonomous

**Daily Briefings from Transport Topics**

Transport Topics has partnered with Spoken Layer to make one-minute daily briefings available on all your smart devices. Simply say "Alexa, play Transport Topics" or "Okay Google, talk to Transport Topics" to get the day's biggest trucking headlines.

January 11, 2023 | Sponsored Content

Government, Business, Logistics

**Cold Storage Facility to Be Built Near Port of Charleston**

South Carolina has captured a $45.6 million deal for a cold storage warehousing and logistics company to set up operations near the Port of Charleston, Gov. Henry McMaster announced.

Keith Fritsinier | Staff Reporter | January 11, 2023

Government, Business, Logistics

**COVID's Impact on Shopping, Supply Chain Remains Profound**

WASHINGTON — The coronavirus pandemic had a profound impact on how shopping and supply chains operate, experts said Jan. 11 during a session at Transportation Research Board's annual meeting.

Connor D. Wolf | Staff Reporter | January 11, 2023

Government, Business, Logistics

**Trucking Demand Growth Increases Land Management Concerns**

WASHINGTON — The increase in demand for freight transportation is adding strain on land management, experts said during a session at the Transportation Research Board's annual meeting Jan. 11.

Connor D. Wolf | Staff Reporter | January 11, 2023

Government, Business, Technology, Logistics

**Congestion Easing at Ports, Along Southern Border, TRB Speakers Say**

WASHINGTON — Nearly three years after the beginning of the COVID-19 pandemic, global supply chains and international ocean carriers have seen cargo volumes return to pre-pandemic levels.

Dan Ronan | Senior Reporter | January 11, 2023

1 2 3 4 5 6 7 8 9 ... next last

### Archives

    

2021    2020    2019    2018    2017

Follow us on

Transport Topics   80 M Street SE, Suite 800, Washington, D.C., 20003   703-838-1770

About | Contact Us | Staff | Advertising | Classifieds | Resources | Customer Service

© 2023 Transport Topics | All Rights Reserved | Privacy Policy

# EXHIBIT 5

Case 3:23-cv-00470-KAC Document 1 Filed 02/01/23 Page 40 of 100







**BACK TO ALL ARTICLES**

# KNOXVILLE NEWS SENTINEL NAMES AXLE LOGISTICS A WINNER OF THE GREATER





**JULY 21, 2022**

Knoxville, Tennessee, July 24, 2022 – Axle Logistics has been awarded a Top Workplaces 2022 honor by Knoxville Top Workplaces Top Workplaces. The list is based solely on employee feedback gathered through a third-party survey administered by employee engagement technology partner Energage LLC. The anonymous survey uniquely measures 15 culture drivers that are critical to the success of any organization: including alignment, execution, and connection, just to name a few.

"During this very challenging time, Top Workplaces has proven to be a beacon of light for organizations, as well as a sign of resiliency and strong business performance," said Eric Rubino, Energage CEO. "When you give your employees a voice, you come together to navigate challenges and shape your path forward. Top Workplaces draw on real-time insights into what works best for their organization, so they can make informed decisions that have a positive impact on their people and their business."

**ABOUT**

Axle Logistics is a non-asset based, third-party logistics (3PL) company headquartered near the heart of downtown Knoxville, TN. Axle focuses on providing safe, reliable, advanced logistics services – Truckload, LTL, Intermodal, and Warehousing to customers throughout the continental U.S., Canada and Mexico. Axle Logistics was built with the vision of bringing a sense of comfort and convenience to an industry often filled with inefficiencies by providing specialized customer service and unique approach to logistics management. At Axle Logistics, we strongly embrace the entrepreneurial spirit and have a passion for providing real opportunities to ambitious professionals who share our energy and competitive nature. Axle provides its employees with a path for success through its comprehensive and professional development programs as well as unlimited access to a dynamic and driven leadership team. Axle Logistics offers so much more than a job – it's a movement #BuildYourEmpire

**COMPANY CONTACT**

Axle Logistics

axlelogistics.com/contact/

AWARDS






## ABOUT ENERGAGE

*Making the world a better place to work together.*<sup>TM</sup>

Energage is a purpose-driven company that helps organizations turn employee feedback into useful business intelligence and credible employer recognition through Top Workplaces. Built on 14 years of culture research and the results from 23 million employees surveyed across more than 70,000 organizations,  Energage delivers the most accurate competitive benchmark available. With access to a unique combination of patented analytic tools and expert guidance, Energage customers lead the competition with an engaged workforce and an opportunity to gain recognition for their people-first approach to culture. For more information or to nominate your organization, visit energage.com or topworkplaces.com.
















KNOXVILLE, TN 37917

COPYRIGHT 2023 AXLE LOGISTICS, ALL RIGHTS RESERVED | PRIVACY POLICY | TERMS & CONDITIONS | TERMS OF USE

# EXHIBIT 6



# EXHIBIT 7

**AxleHire**
Expedited Urban Delivery



**Vetted network of carriers**



**Flexibility**



**Network optimization**



**Additional capacity even during peak times**



**One platform for freight booking and tracking**



## Why AxleHire is better

**Learn about our end-to-end capabilities.**



### Routing

Experience the most efficient routing solution available today, with real time updates at every step.



### Fleet Management

Advanced resource allocation algorithms match supply to demand for a 98.5% or higher delivery rate.

### Inventory Management



package into the AxleHire platform, resulting in a scant 0.005% loss rate.



## Tracking

End-to-end updates give your customers the transparency they expect.



## Customer Support

The AxleHire dispatch facility is available 24×7 to answer any questions your operations team may have.



© 2022 AxleHire. All rights reserved.

**OPPORTUNITIES**

Get Started

Become a Driver

Careers

**COMPANY**

Services

Industries

Media

AxleHire API

Privacy

Terms of Service

**GET IN TOUCH**

in    📞 (855) 249-SHIP



**AxleHire**
Expedited Urban Delivery



Are you interested in becoming an Axlehire Employee?

Please write d.curtis@axlehire.com.

Please make the subject your name and the department and position you would be interested in. Ex: "Jordan Doe, Operations Supervisor" and please also attach your resume.

Are you interested in becoming a driver with Axlehire?

If you are interested in driving with us, you can begin by registering your number here. If you need any help during the signup process, please write to us at drivers@axlehire.com

# HR

# Sales & Marketing

# EXHIBIT 8



# AxleHire
Expedited Urban Delivery



# Delight your customers with every delivery

AxleHire helps many of the largest companies in the world succeed with superior last-mile logistics

GET STARTED

## Get AxleHire Services

Talk with an expert about fast, reliable delivery for your company.

**CONNECT**

## Partner with AxleHire

DSPs tell us that AxleHire is a top partner for growing their businesses.

**CONNECT**

## Drive for AxleHire

AxleHire drivers love the pay and the reliable work. Getting started is easy.

**APPLY**

**AxleHire**
Expedited Urban Delivery










# We're all about customer experience.

Guiding your customer every step of the way with end-to-end status updates.

GET STARTED

# Proven track record, limitless capabilities and a commitment to excellence.




### Transparency

Meticulous tracking and reporting for recipients and shippers



### Customer Service

Live support for frictionless customer experience



### Easy Deployment

Integration through API to streamline delivery options

## AxleHire
Expedited Urban Delivery

# Learn about our delivery options!

## Explore AxleHire's end-to-end platform for your business's last-mile delivery, and beyond.

### Same-Day Shipping

Scheduled delivery with specific time windows

**Read more >**

### Next-Day Shipping

Scheduled delivery for products requiring labeling, sortation, and/or routing

**Read more >**

### Freight Shipping

Custom solutions for your business beyond the last mile

**Read more >**

# We provide delivery solutions for every industry



**Meal Kits →**



**Alcohol →**



**Grocery →**



**AxleHire**
Expedited Urban Delivery







Retail →                    Prescription →                    Commercial →



**AxleHire**
Expedited Urban Delivery

© 2022 AxleHire. All rights reserved. 

**OPPORTUNITIES**

Get Started

Become a Driver

Careers

**COMPANY**

Services

Industries

Media

AxleHire API

Privacy

Terms of Service

**GET IN TOUCH**

in     📞 (855) 249-SHIP



### Get AxleHire Services

Talk with an expert about fast, reliable delivery for your company.

**CONNECT**

### Partner with AxleHire

DSPs tell us that AxleHire is a top partner for growing their businesses.

**CONNECT**

### Drive for AxleHire

AxleHire drivers love the pay and the reliable work. Getting started is easy.

**APPLY**

Excellent last-mile performance requires cooperation from the entire supply chain. AxleHire's technology-enabled platform provides the ultimate agility and transparency through a vast network of carriers and logistics partners. The result is seamless and accountable delivery for your company, no matter the bottlenecks.



**AxleHire**
Expedited Urban Delivery



Are you interested in becoming an Axlehire Employee?

Please write d.curtis@axlehire.com.

Please make the subject your name and the department and position you would be interested in. Ex: "Jordan Doe, Operations Supervisor" and please also attach your resume.

Are you interested in becoming a driver with Axlehire?

If you are interested in driving with us, you can begin by registering your number here. If you need any help during the signup process, please write to us at drivers@axlehire.com

# HR

# Sales & Marketing

# EXHIBIT 9



2000 FIRST HORIZON BUILDING
165 MADISON AVENUE
MEMPHIS, TENNESSEE 38103

PHONE:    901.526.2000
FAX:      901.577.2303

www.bakerdonelson.com

Scott M. Douglass, Shareholder
**Direct Dial**: 901.577.2258
**E-Mail Address**: sdouglass@bakerdonelson.com

November 14, 2022

AxleHire, Inc.
2340 Powell Street, PMB 330 Suite A-1
Emeryville, CA 94608

      Re:    AxleHire's Infringement of AXLE LOGISTICS Marks
                 Our Docket No. 2962633.3

To whom it may concern:

We represent Axle Logistics, LLC ("Axle Logistics") in its intellectual property matters. Axle Logistics is a Tennessee company that provides supply chain, logistics, and freight management services. This letter concerns your company's infringing use of the AXLEHIRE mark and derivations thereof such as "AxleHire" (collectively the "Infringing Mark"). Axle Logistics demands that AxleHire, Inc. and its affiliates ("AxleHire") immediately cease and desist use of the Infringing Mark, all designs incorporating the Infringing Mark, and all colorable imitations thereof.

Axle Logistics is a third-party logistics company offering advanced logistics services, including truckload and less-than-truckload delivery, intermodal, tracking, routing, and warehousing services, to customers throughout the continental United States, Canada, and Mexico. Axle Logistics has been using its AXLE LOGISTICS trademark to identify itself as the source of supply chain management services, business management services, freight logistics management services, and transportation logistics services since 2012. Axle Logistics has invested significant time and resources in building the AXLE LOGISTICS brand over the last decade by delivering quality service in an efficient and customer friendly manner. Axle Logistics has built significant goodwill in its AXLE LOGISTICS marks through advertising, promotion, and hiring campaigns, including online and through social media.

Axle Logistics has registered its AXLE LOGISTICS mark in conjunction with the above-identified services at the U.S. Patent and Trademark Office as U.S. Registration Numbers 5888173 and 5970169. Copies of the certificates of registration are enclosed as Exhibit 1. Axle Logistics enjoys exclusive rights in its marks at least in conjunction with the services for which the marks were registered, namely, "Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and

November 14, 2022
Page 2

scheduling shipments for users of transportation services." In sum, Axle Logistics offers shipping, trucking, freight, and delivery services to ensure timely delivery of all manner of commercial products and shipments.

Axle Logistics is a growing business with substantial hiring needs. As a result, Axle Logistics frequently advertises open positions and promotes its brand in order to hire quality candidates. In a recent social media post, an Axle Logistics employee sought to amplify a company executive's appearance at a public event; in the process, a third party commented on the thread complimenting Axle Logistics; however, due to the confusingly similar name between our client and AxleHire, the third party "tagged" AxleHire instead of Axle Logistics:



*See* Exhibit 2. This actual instance of identity confusion underscores the similarity of the marks between our client and AxleHire.

Moreover, AxleHire offers the same or similar services as those offered by Axle Logistics. AxleHire's website promotes "same-day delivery," "next day delivery," and "freight delivery services." *See* Exhibit 3. AxleHire's website also advertises that AxleHire "provide[s] delivery solutions for every industry." *See* Exhibit 4. AxleHire advertises its routing, fleet management, inventory management, and tracking services – all of the same logistics and shipping services that Axle Logistics offers. *See* Exhibit 5. And, just like Axle Logistics, AxleHire is actively recruiting employees for its company as well. *See* Exhibit 6.

AxleHire offers all of these services under a mark that is confusingly similar to our client's AXLE LOGISTICS mark. The first component in each of the party's marks is AXLE. This word is the most distinctive element of each party's mark, and it is the dominant word in each party's mark because it does not immediately describe or identify the services either party offers. The non-dominant component of each mark further emphasizes the importance of the AXLE portion of each mark, because the non-dominant components are descriptive terms referring to the party's

November 14, 2022
Page 3

services and capabilities, which are similar and do little to distinguish the marks. See the comparison below:

**AXLE**HIRE
**AXLE** LOGISTICS

Our client has been using its AXLE LOGISTICS mark since at least as early as February 2012. Your company appears to have been formed no earlier than 2015. Our client has been using its mark for at least three years more than your company has existed. And, both parties appear to have grown in the intervening period, such that confusion is increasingly likely, as suggested by the incident described above. Moreover, the trucking and logistics industry is inherently an interstate and nationwide enterprise, such that the parties are bound to compete and encounter each other in the marketplace as they offer and deliver services across the United States.

Axle Logistics treats intellectual property enforcement as a serious matter and actively enforces its intellectual property rights. Notwithstanding AxleHire's infringing activities, Axle Logistics is prepared to amicably resolve this matter with AxleHire, provided that AxleHire cooperates with Axle Logistics and shows, to our client's satisfaction, that AxleHire is willing to take corrective action.

Axle Logistics hereby demands that AxleHire cease and desist all current and future use of the AXLEHIRE mark (and any similar marks or colorable imitations thereof) on or in connection with AxleHire's sales, and offers for sale, of any logistics, trucking, delivery, or other supply chain or related services. In addition, Axle Logistics demands that AxleHire:

i.    delete any electronic advertising containing the Infringing Mark (and any similar marks or colorable imitations thereto) on its website(s), Google Ads or Analytics profile(s), or social media profiles;

ii.   destroy all advertising containing the Infringing Mark (and any similar marks or colorable imitations thereto);

iii.  provide Axle Logistics with a full accounting of your company's sales and offers for sale of services under the Infringing Mark, as well as the proceeds therefrom, including the number of transactions, locations of sale or delivery, and revenues earned;

iv.   provide an accounting of profits under the Infringing Mark, in order to remit to Axle Logistics damages for past sales; and

v.    certify in a written statement to Axle Logistics that AxleHire has complied with the foregoing demands set forth in this letter.

Please respond with the requested assurances and information no later than November 28, 2022.

Axle Logistics considers your company's use of the Infringing Mark to violate Axle Logistics's trademark rights. If AxleHire does not agree to cooperate, our client will be forced to

November 14, 2022
Page 4

consider all available legal recourse to protect its intellectual property rights, including seeking a declaration of rights in federal court.

This letter does not purport to be a complete statement of the facts or law, is without prejudice to the equitable rights of Axle Logistics, and shall not be deemed to be a waiver, relinquishment, or election of any claims or defenses that Axle Logistics may have against any party with respect to the foregoing. Axle Logistics expressly reserves all rights under all applicable federal and state laws.

We look forward to resolving this matter without delay.

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Scott M. Douglass, Shareholder

CC:
AxleHire, Inc.
2721 Teagarden Street, Building #1
San Leandro, CA 94577

AxleHire, Inc.
2150 Shattuck Avenue, #PH
Berkeley, CA 94704

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,888,173**

**Registered Oct. 22, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

The mark consists of the words "AXLE LOGISTICS" in a stylized font with the word "AXLE" above the word "LOGISTICS". To the left of the literal element lies a triangle within a triangle, the larger triangle being comprised of an angle and a trapezoid so that there are visible gaps in its formation.

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,319, FILED 06-03-2018

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058  1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# AXLE LOGISTICS

**Reg. No. 5,970,169**

**Registered Jan. 28, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, r
managing logistics, reverse logistics, supply chain services, supply chain visibility
synchronization, supply and demand forecasting and product distribution processes for
Freight logistics management; Transportation logistics services, namely, arrangin
transportation of goods for others; Transportation logistics services, namely, plannin
scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as sh
"LOGISTICS"

SER. NO. 87-946,318, FILED 06-03-2018



Director of the United States
Patent and Trademark Office



> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline* You mus file a Declaration of Use (or Excusabl Nonuse between the 5th and 6th years after the registration date. See 15 U.S.C §§1058 1141k If the declaration is accepted the registration will continue in force for the remainde of the ten-yea period calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Secon Filing Deadline*. You mus file a Declaration of Use (or Excusabl Nonuse and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You mus file a Declaration of Use (or Excusabl Nonuse and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**    The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online** at ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4



**AxleHire**
Expedited Urban Delivery



# Delight your customers with every delivery

AxleHire helps many of the largest companies in the world succeed with superior last-mile logistics

GET STARTED

### Get AxleHire Services

Talk with an expert about fast, reliable delivery for your company.

**CONNECT**

### Partner with AxleHire

DSPs tell us that AxleHire is a top partner for growing their businesses.

**CONNECT**

### Drive for AxleHire

AxleHire drivers love the pay and the reliable work. Getting started is easy.

**APPLY**

Case 3:23-cv-00479-AMO   Document 1   Filed 02/01/23   Page 74 of 100

**AxleHire**
Expedited Urban Delivery









# We're all about customer experience.

Guiding your customer every step of the way with end-to-end status updates.

GET STARTED

# Proven track record, limitless capabilities and a commitment to excellence.



## Transparency

Meticulous tracking and reporting for recipients and shippers



## Customer Service

Live support for frictionless customer experience



## Easy Deployment

Integration through API to streamline delivery options

**AxleHire**
Expedited Urban Delivery

# Learn about our delivery options!

## Explore AxleHire's end-to-end platform for your business's last-mile delivery, and beyond.

### Same-Day Shipping

Scheduled delivery with specific time windows

**Read more >**

### Next-Day Shipping

Scheduled delivery for products requiring labeling, sortation, and/or routing

**Read more >**

### Freight Shipping

Custom solutions for your business beyond the last mile

**Read more >**

# We provide delivery solutions for every industry







Meal Kits →        Alcohol →        Grocery →



Retail →



Prescription →



Commercial →



© 2022 AxleHire. All rights reserved.

**OPPORTUNITIES**

Get Started

Become a Driver

Careers

**COMPANY**

Services

Industries

Media

AxleHire API

Privacy

Terms of Service

**GET IN TOUCH**

in    📞 (855) 249-SHIP

# EXHIBIT 5

**AxleHire**
Expedited Urban Delivery



Freight Delivery

### Get AxleHire Services

Talk with an expert about fast, reliable delivery for your company.

**CONNECT**

### Partner with AxleHire

DSPs tell us that AxleHire is a top partner for growing their businesses.

**CONNECT**

### Drive for AxleHire

AxleHire drivers love the pay and the reliable work. Getting started is easy.

**APPLY**

Excellent last-mile performance requires cooperation from the entire supply chain. AxleHire's technology-enabled platform provides the ultimate agility and transparency through a vast network of carriers and logistics partners. The result is seamless and accountable delivery for your company, no matter the bottlenecks.



**Vetted network
of carriers**



**Flexibility**



**Network
optimization**



**Additional capacity even
during peak times**



**One platform for freight
booking and tracking**



## Why AxleHire is better

**Learn about our end-to-end capabilities.**



### Routing

Experience the most efficient routing solution available today, with real time updates at every step.



### Fleet Management

Advanced resource allocation algorithms match supply to demand for a 98.5% or higher delivery rate.

### Inventory Management



package into the AxleHire platform, resulting in a scant 0.005% loss rate.



## Tracking

End-to-end updates give your customers the transparency they expect.



## Customer Support

The AxleHire dispatch facility is available 24×7 to answer any questions your operations team may have.



© 2022 AxleHire. All rights reserved.

**OPPORTUNITIES**

Get Started

Become a Driver

Careers

**COMPANY**

Services

Industries

Media

AxleHire API

Privacy

Terms of Service

**GET IN TOUCH**

in    📞 (855) 249-SHIP

# EXHIBIT 6



AxleHire
Expedited Urban Delivery



Are you interested in becoming an Axlehire Employee?

Please write d.curtis@axlehire.com.

Please make the subject your name and the department and position you would be interested in. Ex: "Jordan Doe, Operations Supervisor" and please also attach your resume.

Are you interested in becoming a driver with Axlehire?

If you are interested in driving with us, you can begin by registering your number here. If you need any help during the signup process, please write to us at drivers@axlehire.com

# HR

# Sales & Marketing



Administrative Assistant (Seattle, WA)                                      ›

Transportation Program Manager                                             ›

Administrative Assistant (Brooklyn, NY)                                    ›

Administrative Assistant (Santa Fe Springs, CA)                           ›

Operations Project Manager                                                 ›

Transportation Program Manager                                             ›

Director Operations, West                                                  ›

Operations Supervisor Santa Fe Springs, CA                                ›

# Engineering & IT

# Finance & Accounting

Business Operations Manager (Remote)                                       ›

# Last Mile Transportation



# AxleHire
Expedited Urban Delivery

Get Started

Become a Driver

Careers

Services

Industries

Media

AxleHire API

Privacy

Terms of Service

in  📞 (855) 249-SHIP

# EXHIBIT 10

# CHAN + PUNZALAN

Jin Im-Saeteurn
Email: jin@chanpunzalan.com
Phone: 415.354.5712

December 21, 2022

**VIA E-MAIL**

Scott M. Douglass
Baker Donelson
2000 First Horizon Building
165 Madison Avenue
Memphis, TN 38103
E-Mail Address: sdouglass@bakerdonelson.com

    Re: AxleHire, Inc; Axle Logistics, LLC

Dear Mr. Douglass:

We represent AxleHire, Inc. ("AxleHire") and write to respond to your November 14, 2022 on behalf of Axle Logistics, LLC ("Axle Logistics"). AxleHire respects the intellectual property rights of third-parties and has carefully considered the contents of your letter.

After reviewing our clients' marks in commerce, it is readily apparent that AxleHire and Axle Logistics are different marks, represent different services, and customer confusion between the marks is unlikely. While AxleHire provides delivery services, Axle Logistics markets itself as providing "advanced logistics services – Truckload, LTL, Intermodal, and Warehousing." As detailed more fully below, Axle Logistics cannot meet its burden of establishing that AxleHire's mark is likely to be confused with our client's mark. Given that AxleHire's use of its mark is not likely to cause confusion or mistake with your client, AxleHire rejects all allegations of trademark infringement stated in your letter.

**Axle Logistics Cannot Prove A Likelihood Of Confusion**

AxleHire's use of its mark is not likely to cause consumer confusion with Axle Logistics, and Axle Logistics cannot meet its burden to prove that an "appreciable number of reasonably prudent consumers are likely to be confused as to source or affiliation." *Network Automation, Inc., v. Advanced Sys. Concepts, Inc.,* 638 F.3d 1137, 1144 (9th Cir. 2011). To determine whether a "likelihood of confusion" exists, the Ninth Circuit employs the eight-factor test set

---

**CHAN +
PUNZALAN**

forth in *AMF Inc. v. Sleekcraft Boats,* 599 F.2d 341, 348-49 (9th Cir. 1979). These factors are:
(1) strength of the mark; (2) proximity of the goods; (3) similarity of the marks;
(4) evidence of actual confusion; (5) marketing channels used; (6) type of goods and degree of
care likely to be exercised by the purchaser; (7) defendant's intent in selecting the mark; and
(8) likelihood of expansion of the product lines. *Id.* In analyzing these factors, Axle Logistics
cannot meet its burden to establish a likelihood of confusion.

First, Axle Logistics' mark is weak and, as such, is afforded less protection. The stronger a mark,
the greater the protection it is afforded by the trademark laws. *Network Automation, Inc. v.
Rearden Commerce, Inc.,* 638 F.3d 1137, 1149 (9th Cir. 2011)(internal citations omitted).
Conversely, weaker marks are afforded less protection. *Id.* The strength of a mark is determined
by its tendency to uniquely identify the source of the product, and a mark that is hemmed in on
all sides by similar marks on similar goods or services cannot be very distinctive. See, e.g., *Star
Indus., Inc. v. Bacardi & Co., Ltd.*, 412 F.3d 373, 3 84 (2d Cir. 2005); see also *Allstate Ins. Co. v.
Kia Motors Am., Inc.,* No. CV166108SJOAGRX, 2017 WL 6550669, at *10 (C.D. Cal. Dec. 22,
2017), aff'd, 784 F. App'x 507 (9th Cir. 2019) (existence of third parties using similar marks
"serves to weaken the exclusive association").

Here, Axle Logistics' mark is weak. The word "axle" is a descriptive term commonly used by
the public, particularly among individuals and businesses that engage in transportation activities
using vehicles. Indeed, a simple internet search of "axle" and "business" results in approximately
282 results in the United States. The Google search indicates that companies use the word "axle"
as a descriptive term to refer to vehicles and related services. For example, "Axle Alternator,"
"WFO Gear & Axle," "Axle Automotriz," "Rigid Axle," "G2 Axle & Gear," "Drive Axle," and
"Buzze Axles Racing."

Axle Logistics' own mark is non-distinctive: it contains a triangle with the company name
spelled out. An online search of marks for similar goods or services identified, among others,
include: "Axle Alternator," "Axle Supply Chain," "Axle Sales Partners, LLC" (also with an
orange triangle logo), and "axle" (also with a triangle logo"). Given these non-exclusive
associations between the various marks and similar transportation or supply services, customer
confusion is unlikely because customers have learned to distinguish between the marks. Thus,
Axle Logistics' conceptually weak mark makes consumer confusion unlikely.

Second, the parties' goods and services are not sufficiently related to cause confusion**.** "Related
goods are those products which would be reasonably thought by the buying public to come from
the same source if sold under the same mark." *Sleekcraft, supra,* 599 F.2d at 348 n.10. Even
where "two products or services fall within the same general field, it does not mean that the two
products or services are sufficiently similar to create a likelihood of confusion." *Echo Drain v.
Newsted*, 307 F.Supp.2d 1116, 1125 (C.D. Cal. 2003). Courts have determined that when similar
products are offered under two marks, there is no likelihood of confusion when "the products

# CHAN +
# PUNZALAN

have distinct differences that change the functionality of the product." *Hanginout, Inc. v. Google, Inc.* 54 F.Supp.3d 1109, 1126 (S.D. Cal. 2014).

Here, Axle Logistics and AxleHire's services are distinct. Axle Logistics' website states: "Axle Logistics is a non-asset based, third-party logistics (3PL) company with a focus on facilitating safe, reliable, advanced logistics services – Truckload, LTL, Intermodal, and Warehousing – to a wide variety of customers throughout the continental U.S., Canada, and Mexico." Below is a screenshot of Axle Logistics' website description:

Axle Logistics is a non-asset based, third-party logistics (3PL) company with a focus on facilitating safe, reliable, advanced logistics services – Truckload, LTL, Intermodal, and Warehousing – to a wide variety of customers throughout the continental U.S., Canada, and Mexico.

By providing specialized customer service, a unique overall philosophy and approach to management, Axle is a leader in the logistics industry.

## WE LOVE TO SEE EVERYONE WIN

From our customers to our carrier partners to our own internal team members, we love to see everyone win and to celebrate our collective success. It is our belief that positive culture, like a ripple effect, produces positive outcomes. We embrace the challenge of improving the series of steps required to get a product or service to the customer. Although we don't dictate all these steps within the supply chain, the component that we specialize in is a crucial one.

Transportation is more than just a singular line-item expense, which is substantial in and of itself; the indirect costs that are affected by transportation are immense. These costs should be examined and considered holistically. Virtually all major expense line items can be reduced through clean and efficient transportation such as: insurance costs and risk mitigation, cost of purchased goods, inventory costs, customer ill will as it relates to stock outs, opportunity costs, rent and utilities, overhead etc. We take pride in driving efficiencies through this holistic view and improving our customers' supply chains and the people that work within them. After all, this has always been and still is a people business and we cherish the ability to see the human spirit work in unison.

The nature of our industry gives us the opportunity to connect people from many different backgrounds and professions, across borders and state lines, all working together towards achieving a common goal- with excellence. The diversity of our network and our high performing team's skills and talents allows us to serve a wide array of clients with customized solutions that can mold around varying needs. At Axle, we embrace open and transparent collaboration to achieve the best quality of service possible. We're always in pursuit to find opportunities that increase our value add. Our team embraces challenges and the work it takes to solve it.

On the other hand, AxleHire's services focus on *delivery* services for "door to door, same day, next-day, or freight deliveries of goods such as meal kits, groceries, prescription drugs, wine and spirits, and retail products."  Below is a screenshot of AxleHire's website description.



CHAN +
PUNZALAN

As such, the buying public would not be confused by the distinct services between Axle Logistics and AxleHire.

Third, the parties' visual presentation of the marks, as seen in the marketplace, is different. Indeed, the marks themselves highlight the distinguishing services of each company. In considering similarity between marks, courts analyze each mark within the context of other identifying features. *See Entrepreneur Media*, *supra,* 279 F.3d at 1144.

On the one hand, Axle Logistics' mark uses:



There is a distinct color gradation of one side of the triangle using the orange color while the rest of the logo is black. In addition, the mark uses a stylized "A" and has "Logistics" in orange font.

In contrast, Axle Logistics' mark is black and white only. It uses a distinct logo in a circle containing a stylized A and H with the words "AxleHire Expedited Urban Delivery."



Here, the marketplace appearances between the marks are readily distinct. *See, e.g.*, *New Milani Grp., Inc. v. J.T. Bella, LLC,* No. CV1210612MMMFFMX, 2013 WL 12116579, at *10 (C.D. Cal. July 22, 2013) (marks are visually distinct where "the fonts used are substantially different."); *Echo Drain*, 307 F. Supp. 2d at 1126 ("In this case, the two marks look different and

**CHAN +
PUNZALAN**

appear different in the marketplace....The two marks are presented with distinctive fonts."). Confusion in the marketplace is thus unlikely here between these two very distinct marks.

Fourth, Axle Logistics has scant evidence of actual confusion by customers. Your letter identifies one single social media post from Jeanne Saylor, a development architect at an unrelated tech company, who responded to vague posts referencing an event to hire "great people."  This, however, has nothing to do with customers seeking to hire Axle Logistics for transportation services. "Evidence that use of the two marks has already led to confusion is persuasive proof that future confusion is likely." *Sleekcraft, supra,* 599 F.2d at 352. Evidence of actual confusion is not invariably necessary to prove likelihood of confusion; on the other hand, "absent evidence of actual confusion, when the marks have been […] side by side, for a substantial period of time, there is a strong presumption that there is little likelihood of confusion." *Pignons S.A. de Mecanique de Precision v. Polaroid Corp.,* 657 F.2d 482, 490 (1st Cir. 1981)(holding that four years is a substantial period of time).

The fact that the parties have apparently coexisted since AxleHire launched in or about 2015, yet without an iota of actual confusion is also dispositive of the matter. *Brookfield Commc'ns, Inc. v. W. Coast Ent. Corp.,* 174 F.3d 1036, 1050 (9th Cir. 1999) ("We cannot think of more persuasive evidence that there is no likelihood of confusion between these two marks than the fact that they have been simultaneously used for five years without causing any consumers to be confused as to who makes what.") Further, Axle Logistics has failed to provide any evidence, survey or otherwise, that there has been any *consumer* confusion thus far. AxleHire is unaware of any customer confusion, and the one instance in your letter is unpersuasive in establishing any customer confusion.

Fifth, the parties' marketing channels do not converge. This factor considers how and to whom the respective parties' goods or services are sold. *Stark v. Diageo Chateau & Estate Wines Co.,* 907 F. Supp. 2d 1042, 1057 (N.D. Cal. 2012). Courts consider the locations of potential buyers, the price ranges of the goods or services, and the types of advertising used. *See Sleekcraft, supra,* 599 F.2d at 353. Axle Logistics appears to be based in Tennessee and has traditional marketing/distribution channels in the U.S., Canada, and Mexico. AxleHire, however, is headquartered in California and markets its doorstep delivery services only in urban areas of the United States. Thus, the parties' marketing channels do not converge, making confusion less likely.

Sixth, consumers exercise a high level of care when purchasing delivery and/or transport services. AxleHire partners with some of the largest companies in the world, and its partners include Deliverr, Pet Food Express, Hello Fresh, Radial, and Blue Apron. These companies know they are hiring AxleHire, a California-based company, and will not be confused they are using Axle Logistics, a trucking and warehouse company based in Tennessee. Indeed, AxleHire's sophisticated customers contact the operations team directly to arrange package

**CHAN +**
**PUNZALAN**

deliveries within a narrow time-window to end customers and know quite well they are not hiring the Tennessee-based Axle Logistics. Here, the sophistication of AxleHire's customers furter shows there is no likelihood of consumer confusion.

Seventh, AxleHire has acted in good faith in adopting its mark. AxleHire has never heard of Axle Logistics until it received your letter. As stated above, it appears that both AxleHire and Axle Logistics selected the word  "Axle" in their mark because of what the word connotes. It should be noted that Axle Logistics has raised no evidence of any bad faith intent on AxleHire's part.

As a final matter, any expansion plans by AxleHire are focused on its delivery services, which are readily distinguishable from Axle Logistics' logistics services.

For all of the above reasons, no likelihood of confusion exists between these two marks, and AxleHire rejects the demands stated in your letter. AxleHire therefore considers this matter resolved.

The foregoing is not meant to be either an exhaustive statement of the facts or of AxleHire's legal position in this matter and shall not waive or prejudice any rights or remedies that AxleHire may have in connection with the subject matter hereof, all of which are hereby expressly reserved.

Sincerely,

*Jin Im-Saeteurn*

cc: AxleHire, Inc.

# EXHIBIT 11












Shipping School
https://www.shippingschool.com › Resources    ⋮

### AxleHire Reviews

**AxleHire** is a niche shipping carrier that focuses on providing last mile delivery. They boast some big name clients such as Walmart, Gobble, HelloFresh and ...

Rating: 1 · 44 reviews


Google
https://play.google.com › store › apps › details › id=c...    ⋮

### AxleHire Drive: Drive for Pay - Apps on Google Play

Do you want to get paid to deliver packages on your schedule? Are you looking to make money or earn a side income using your sedan, minivan or SUV?

Rating: 4.6 · 1,187 votes · Free · Android · Business/Productivity


Apple
https://apps.apple.com › app › axlehire-drive-drive-fo...    ⋮

### AxleHire Drive: Drive for Pay 4+ - App Store

**AxleHire** lets you find paid package delivery routes in your area. You can earn money driving when you want, where you want.

Rating: 4.7 · 3,454 reviews · Free · iOS · Business/Productivity


LinkedIn
https://www.linkedin.com › company › axlehire    ⋮

### AxleHire

Nov 19, 2022 — **AxleHire** is an expedited urban last-mile delivery service, providing customers in major metros across the U.S. with a superior same- and ...

Twitter
https://twitter.com › axlehire    ⋮

### AxleHire

**AxleHire** is an expedited urban last-mile delivery service, providing customers with a superior same- and next-day delivery experience.

## Related searches    ⋮

| | |
|---|---|
| 🔍 axlehire **reviews** | 🔍 axlehire **near me** |
| 🔍 axlehire **locations** | 🔍 axlehire **pensacola** |
| 🔍 axlehire **tracking** | 🔍 axlehire **atlanta, ga** |
| 🔍 axlehire **driver pay** | 🔍 axlehire **pensacola address** |

Sponsored


get.shipveho.com
https://get.shipveho.com    ⋮

### Veho - Next-Day Parcel Delivery

Work with Veho, the best last mile carrier to improve your OTD and reduce costs. Ship your packages with Veho to improve your OTD and customer repurchase rate. Save Up To 70% On Returns. Increase Customer LTV. Doorstep Returns. Last Mile Delivery.


Crunchbase
https://www.crunchbase.com › organization › axlehire    ⋮

### AxleHire - Crunchbase Company Profile & Funding

**AxleHire** is a fully integrated same-day and next-day delivery platform. It enables their clients to surpass demanding consumer expectations, ...

See results about

AxleHire, Inc.
Company

About this data


Circuit Route Planner
https://getcircuit.com › package-tracker › axlehire    ⋮

**Axlehire tracking | Circuit package tracker**

The **Axlehire** Package Tracker is a patented technology that allows shippers to track their packages in real-time. This tracking system can provide anywhere from ...


Trustpilot
https://www.trustpilot.com › ... › Logistics Service    ⋮

**Read Customer Service Reviews of axlehire.com**

Do you agree with **AxleHire**'s 4-star rating? Check out what 398 people have written so far, and share your own experience.

Rating: 3.9 · 398 reviews


Instagram
https://www.instagram.com › axlehire    ⋮

**AxleHire**

**AxleHire**. Redefining Urban Logistics. LA•SF•OC•SD•More Soon! We Are Hiring Drivers! Work the hours you choose https://**axlehire**.com/driver.html. 93 posts.


CB Insights
https://www.cbinsights.com › company › axlehire    ⋮

**AxleHire - Headquarters Locations, Products, Competitors ...**

**AxleHire** operates a fully integrated same-day delivery platform that provides e-commerce and traditional businesses with a logistics service that allows ...


PitchBook
https://pitchbook.com › profiles › company    ⋮

**AxleHire Company Profile: Valuation & Investors**

The company offers services for same-day, next-day, and freight delivery by using a proprietary dynamic routing algorithm to ensure on-time pickups and ...


AfterShip
https://www.aftership.com › carriers › axlehire    ⋮

**AxleHire Tracking**

Enter tracking number to track **AxleHire** shipments and get delivery time online. Contact **AxleHire** and get REST API docs.


Glassdoor
https://www.glassdoor.com › Reviews › AxleHire-Revi...    ⋮

**AxleHire Reviews: What Is It Like to Work ...**

Dec 27, 2022 — **AxleHire** has an overall rating of 3.2 out of 5, based on over 60 reviews left anonymously by employees. 59% of employees would recommend working ...

Rating: 3.2 · 60 votes


G2
https://www.g2.com › ... › AxleHire    ⋮

**Top 10 AxleHire Alternatives & Competitors**

Top 10 Alternatives to **AxleHire** · Fulfillment by Amazon · DHL Supply Chain Management · ModusLink Global Solutions · Ruby Has Fulfillment · The Dot · Clutch Logistics ...


Better Business Bureau
https://www.bbb.org › ... › %{bpSubpageReviewsTitle}    ⋮

**AxleHire | Reviews | Better Business Bureau® Profile**

View customer reviews of **AxleHire**. Leave a review and share your experience with the BBB and **AxleHire**.

Facebook
https://www.facebook.com › people › Axlehire    ⋮

**Axlehire | San Francisco CA**

**Axlehire**, San Francisco, California. 68 likes · 2 were here. **Axlehire** is a on-demand delivery service. We are the future of delivery industry.

Rating: 1.4 · 29 votes

RocketReach
https://rocketreach.co › axlehire-profile_b5a40a6ff9f3...    ⋮

**AxleHire: Contact Details and Business Profile**

**AxleHire** is a Transportation, Transportation/Trucking/Railroad, and Freight & Logistics Services
company located in San Francisco, California with $18.00 ...

Phone: (855) 249-7447                    Revenue: $18 million
Address: 1937 Davis Street Unit A-1, San Lea...    NAICS: 48899, 541614

Craft.co
https://craft.co › axlehire    ⋮

**AxleHire Company Profile - Office Locations, Competitors, ...**

**AxleHire** provides a network of pre-qualified drivers ready to work for transportation companies.
The Company keeps drivers on a payroll, allowing companies ...

Business Wire
https://www.businesswire.com › news › home › AxleH...    ⋮

**AxleHire Raises $20 Million to Redefine Last Mile Logistics**

Apr 7, 2021 — **AxleHire** combines innovative technology and superior logistics to deliver cost-
effective, reliable same- and next-day delivery services to ...

globenewswire.com
https://www.globenewswire.com › 2023/01/18 › Axle...    ⋮

**AxleHire Kicks off 2023 With New Customer Wins, Metro Area**

7 hours ago — Emeryville, CA, Jan. 18, 2023 (GLOBE NEWSWIRE) -- **AxleHire**, providing e-
commerce companies with expedited, urban, same-/next-day deliveries, ...

ZoomInfo
https://www.zoominfo.com › axlehire-inc    ⋮

**AxleHire - Overview, News & Competitors**

Incorporated in 2015, **AxleHire** provides same-day delivery services for e-commerce, and brick
and mortar retailers. They are located in California.Read More.

TechCrunch
https://techcrunch.com › 2021/09/02 › axlehire-to-scal...    ⋮

**AxleHire to scale Tortoise and URB-E zero-emissions ...**

Sep 2, 2021 — Last-mile logistics supplier **AxleHire** provides same-day and next-day delivery
through a network that includes gig economy, couriers and ...

Retail Dive
https://www.retaildive.com › news › axlehire-introduc...    ⋮

**AxleHire introduces no-touch tech for delivery signings**

Mar 24, 2020 — **AxleHire**, a logistics technology company, unveiled "No-Touch Delivery," a
collection of digital tools for consumers to receive their ...

Reddit
https://www.reddit.com › comments › kqovmw › bew...    ⋮

**Beware if you have a delivery scheduled with "AxleHire"**

Jan 5, 2021 — **AxleHire** is basically Uber for package deliveries - anyone with a car signs up to
deliver packages to people. If they do a crappy job, ...

YouTube
https://www.youtube.com › watch    ⋮

**How to make money with Axlehire courier/ delivery services**



Axlehire #delivery#24578#oai#money#income.

YouTube · Derrick Barney · Jul 27, 2021

Sponsored



get.shipveho.com
https://get.shipveho.com ⋮

**Veho - Next Generation Shipping**

Work with Veho, the best last mile carrier to improve your OTD and reduce costs. Ship your packages with Veho to improve your OTD and customer repurchase rate. Doorstep Returns. Real-Time Tracking. 99% On-Time Delivery Rate. Last Mile Delivery. 4.9/5 Customer Rating.



SignalHire
https://www.signalhire.com › ... › AxleHire ▾

**List of 86 AxleHire Employees - Find Emails & Phones**

| Name | Position | Location | Contact info |
|------|----------|----------|--------------|
| Amy Jackson | Outbound clerk | Texas, USA | axx@axlehire.com |
| Dan Weiss | VP Final Mile Transportation | California, USA | dxx@axlehire.com |
| Irene | Human Resources Director | Maryland, USA | xx@axlehire.com |

View 27 more rows



Shippo
https://goshippo.com › carriers › axlehire ▾

**Access AxleHire's Next-day Delivery Offering**

**AxleHire** specializes in next-day delivery in select markets—Seattle, Portland, San Francisco, Las Vegas, Los Angeles, and Phoenix—so you can support the 15 ...



InvestorsObserver
https://www.investorsobserver.com › news › qm-pr ▾

**AxleHire Kicks off 2023 With New Customer Wins, Metro ...**

7 hours ago — Emeryville, CA, Jan. 18, 2023 (GLOBE NEWSWIRE) -- **AxleHire** , providing e-commerce companies with expedited, urban, same-/next-day deliveries ...



FreightWaves
https://www.freightwaves.com › news › axlehire-bring... ▾

**AxleHire brings its last-mile delivery service to Chicago area**

Jun 28, 2021 — **AxleHire**, based in Emeryville, California, offers same-day and next-day delivery service through an asset-light transportation network that ...



Supply Chain Brain
https://www.supplychainbrain.com › articles › 33692-... ▾

**AxleHire Expands Last-Mile Delivery Services Into New ...**

Sep 2, 2021 — **AxleHire** combines innovative technology and superior logistics to deliver cost-effective, reliable same- and next-day delivery services to ...



Radial
https://www.radial.com › resources › press-room › rad... ▾

**Radial selects AxleHire to Provide eCommerce Customers ...**

Jun 8, 2022 — **AxleHire** announced today that they are now providing last-mile delivery service for Radial, a bpost group company and the leader in ...



Supply and Demand Chain E…
https://www.sdcexec.com › home › company › axlehire ▾

**AxleHire**

**AxleHire** and URB-E expand their zero-emission partnership to downtown Los Angeles. The last-mile delivery venture hopes to drive zero emissions in delivery.



Levels.fyi
https://www.levels.fyi › companies › axlehire ▾

**AxleHire Careers**

**AxleHire** provides driver supply and logistics for the last mile economy, engaging drivers and affording customers instant logistics scalability.



AppBrain
https://www.appbrain.com › ... › Android Developers ▾

### AxleHire - Android developer info on AppBrain

**AxleHire** is an Android developer that currently has 2 apps on Google Play, is active since 2020, and has in total collected about 60 thousand installs and ...



Business Upturn
https://www.businessupturn.com › brand-post › axlehi... ▾

### AxleHire Kicks off 2023 With New Customer Wins, Metro ...

8 hours ago — Emeryville, CA, Jan. 18, 2023 (GLOBE NEWSWIRE) — **AxleHire**, providing e-commerce companies with expedited, urban, same-/next-day deliveries, ...

Business Upturn
https://www.businessupturn.com › brand-post › axlehi... ▾

### AxleHire Kicks off 2023 With New Customer Wins, Metro ...

8 hours ago — Emeryville, CA, Jan. 18, 2023 (GLOBE NEWSWIRE) — **AxleHire**, providing e-commerce companies with expedited, urban, same-/next-day deliveries, ...



EIN and Tax ID for US Comp...
https://eintaxid.com › company › 473916624-axlehire... ▾

### EIN 47-3916624 - Axlehire, Inc., Berkeley, California

The Employer Identification Number (EIN) for **Axlehire**, Inc. is 47-3916624. EIN numbers are also referred to as FEIN or FTIN. Find EIN, Contact Details for ...



Built In
https://builtin.com › company › axlehire ▾

### AxleHire Careers, Perks + Culture

Jul 27, 2022 — Find jobs, benefits and insider info about **AxleHire**, a Logistics, Transportation company in . Office address: ,



Salary.com
https://www.salary.com › job › independent-driver-wa... ▾

### Independent Driver Wanted! Deliver With AxleHire in ...

Apr 25, 2022 — **AxleHire** is a parcel delivery company founded in California. We have thousands of packages that need to be delivered weekly in the ...



GitHub
https://github.com › axlehire ▾

### AxleHire

**axlehire**-qrcode Public. Forked from x-hw/amazing-qr. artistic QR Code in Python （Animated GIF qr code） - Python 艺术二维码生成器 （GIF动态二维码、图片二维 ...



AppJobs
https://www.appjobs.com › axlehire ▾     Translate this page

### Axlehire - Trabajos de Repartidor en San Francisco, CA

Haz dinero como conductor repartidor con rutas planeadas, pago garantizado y horas flexibles., San Francisco, CA.

Rating: 4.9 · 3 votes



PR Newswire
https://www.prnewswire.com › news-releases › north-a... ▾

### North America last mile delivery market: Growth ...

Dec 19, 2022 — Technavio has extensively analyzed 15 major vendors, including ArcBest Corp.., Averitt Express Inc., **AxleHire**, C H Robinson Worldwide Inc., CMA ...

| Market growth 2023-2027: USD 62.71 billion | Growth momentum & CAGR: Accelerate at ... |
| YoY growth 2022-2023 (%): 13.11 | Market dynamics: Parent market analysis, ... |



PacerMonitor
https://www.pacermonitor.com › public › case › GigS... ▾

### GigSmart, Inc. v. AxleHire, Inc. (1:22-cv-00322), Ohio ...

Jun 7, 2022 — GigSmart, Inc. v. **AxleHire**, Inc. (1:22-cv-00322), Ohio Southern District Court,
Filed: 06/07/2022 · PacerMonitor Mobile Federal and ...


Craigslist
https://dallas.craigslist.org › north DFW › gigs › labor gigs

**Independent Driver Wanted! Work with AxleHire and Earn ...**

6 days ago — **AxleHire** is a parcel delivery company founded in the California Bay Area. We now
have thousands of deliveries in the greater Dallas-Fort ...


jobsearcher.com
https://jobsearcher.com › axlehire ▾

**AxleHire careers complete history**

**AxleHire** · SUV or minivan driver partners can get routes that enable them to earn up to $225
per dayTO REGISTER VISIT: 's In It For YouWork when you want.


AppJobs
https://www.appjobs.com › seattle › axlehire ▾

**AxleHire - delivery driver jobs in Seattle, WA**

Oct 3, 2019 — **AxleHire** is a delivery company that's out to make same-day and next-day
deliveries simple across the United States.
            Rating: 4.9 · 3 votes


Zendesk
https://axlehire.zendesk.com › en-us › requests › new ▾

**Submit a request - AxleHire Zendesk**

**AxleHire**; Submit a request. Submit a request. Please choose your issue below -. -, Driver
Support, Default Ticket Form. **AxleHire** · Powered by Zendesk.


Airterra
https://www.airterra.com ▾

**Airterra: Home**

CDL Last Mile Solutions and **AxleHire** to carrier partner network · Nominated for 2022 Edison
Award in transportation innovation · AirTerra partners with new $1B ...


WATE
https://www.wate.com › press-releases › ein-presswire ▾

**Tips to Avoid Losing ECommerce Customers with the Right ...**

8 days ago — **AxleHire** has identified tips ecommerce brands can take to avoid losing customers
with the right approach to delivery exceptions.


Eclipse Ventures
https://jobs.eclipse.vc › companies ▾

**Companies | Eclipse Talent network**

**AxleHire**. 3 jobs. **AxleHire** is a fully integrated same-day and next-day ... **AxleHire** uses a
proprietary technology platform that enables efficiency and ...


CareerMatch
https://www.careermatch.com › Transportation ▾

**Axlehire - Delivery Driver In The Bay Area - San Leandro, CA**

Looking for a great paid job opportunity at **Axlehire** in San Leandro, CA? Learn more about the
Delivery Driver In The Bay Area position now!


Blumenthal, Nordrehaug & Bh…
https://www.bamlawca.com › california-labor-laws ▾

**Misclassification Lawsuit Filed Against Axlehire by Delivery ...**

May 16, 2018 — This California delivery driver misclassification lawsuit was filed by three lead
plaintiffs in California: James K., Krisia B. and Shemicka J.


MarTech360
https://martech360.com › tag › axlehire ▾

**AxleHire Archives**

Dec 15, 2022 — **AxleHire** Announces First U.S. Collaboration with Innovative Location Technology what3words ... The global e-commerce landscape is rapidly ...



Business Insider
https://www.businessinsider.com › News ▾

### The biggest threat to UPS and FedEx isn't Amazon. ...

Apr 27, 2021 — Take San Francisco-based **AxleHire**. The delivery startup focused on same-day and next-day delivery for sensitive perishable products is an ...



Tarta.ai
https://jobs.tarta.ai › h5zxIIEBvhe1yvVLFfii0622-driv... ▾

### Driver (Independent Contractor) at AxleHire - Tarta.ai

**AxleHire** is an app-based last mile delivery platform, connecting drivers with delivery opportunities. **AxleHire** currently operates in main metro locations ...

**Sponsored**

🌐 us1logix.com
https://www.us1logix.com  ⋮

### US1 Logistics - Memphis Intermodal

Streamline your supply chain, reduce fuel costs and save big on time, money and safety. The options and solutions are limitless at US1 Logistics with 50-plus years experience.

Cargo Services · Drayage Services · Yard Storage · Equipment Repositioning

More results ⌄

● 38118, Memphis, TN - From your IP address - Update location

Help    Send feedback    Privacy    Terms